```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA              :
                                      :
       -against-                      :       No. 11 Cr. 912 (JFK)
                                      :            **ORDER**
DARREN MORRIS,                        :
                                      :
                       Defendant.     :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

   The Government is directed to file its response to Defendant Darren Morris's <u>pro se</u> motion for compassionate release, (ECF No. 344), by no later than August 24, 2020, and to mail a copy to Morris at that time. Morris shall have 30 days from the date on which he is served with the Government's response to file a reply, if any. Absent further order, Morris's motion will be considered fully submitted as of that date.

   The Court will mail a copy of this Order to Morris today.

**SO ORDERED.**

Dated:   New York, New York
         August 11, 2020

                                          /s/ John F. Keenan
                                      _____
                                           John F. Keenan
                                      United States District Judge