UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
         USA

         -V-                :        # 11 CR 912 (JFK)

         Darren Morris

------------------------------X

Chambers staff mailed a copy of the opinion and order dated November 18, 2020, (Document# 360 ) to Mr. Darren Morris on 11/18/20.

Dated: 11-18-20

*William Ryan*
Courtroom Deputy to
Judge John F. Keenan