USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/6/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DARREN MORRIS,

               Defendant.

No. 11-CR-912-01 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        This case was reassigned to me from Judge Keenan on September 7, 2022. On March 28, 2023, the United States Court of Appeals for the Second Circuit, issued a mandate vacating the defendant's conviction and sentence as to Count One, affirming as to Count Two and remanding to this Court to re-sentence Mr. Morris.

        The Court is now in receipt of a March 15, 2023 letter from Mr. Morris regarding communications he had with his counsel about the sentencing guidelines and law that will govern his re-sentencing. The Court has provided a copy of the letter to Mr. Morris' attorney, Richard Albert.

        No later than April 14, 2023, the parties shall submit a letter to the Court proposing next steps in this action.

SO ORDERED.

Dated:    April 6, 2023
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge