# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. MCKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ralbert@maglaw.com
(212) 880-9560

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 18, 2023

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Darren Morris*, 11 Cr. 912 (RA)

Dear Judge Abrams:

On behalf of defendant Darren Morris, we write to respectfully request an adjournment of the sentencing date, currently scheduled for October 6, 2023. We make this request because we have not yet received a draft of the updated PSR, which the Court had directed be prepared. We have been in touch with the Probation Department, and to provide the time needed for Probation to prepare the updated report in advance of the date for the parties' sentencing submissions, we request that the Court set a new sentencing date convenient to the Court's schedule no earlier than December 6, 2023.

The government consents to this request.

Respectfully submitted,

Richard F. Albert
Ariel Cohen

---

Application granted. The sentence is adjourned to December 15, 2023 at 11:30 a.m. Counsel shall file their sentence submissions in accordance with the Courts Individual Rules and Practices in Criminal Cases.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 18, 2023