UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARREN MORRIS,<br><br>                Defendant. | No. 11-cr-912 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On December 27, 2024, Defendant Darren Morris filed a pro se motion for a reduced sentence under Amendment 821 and 18 U.S.C. § 3582(c)(2).  *See* Dkt. No. 538.  No later than May 2, 2025, the Government shall file a response to Mr. Morris's motion.  The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Morris (#65819-054) at United States Penitentiary Victorville, P.O. Box 3900, Adelanto, CA 92301.

SO ORDERED.

Dated:    April 18, 2025
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge