UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARREN MORRIS,<br><br>Defendant. | No. 11-cr-912 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the attached letter from Mr. Morris, dated May 27, 2025, requesting additional time to file a reply in support of his motion for compassionate release. That application is granted. Mr. Morris shall file his reply no later than August 6, 2025. Mr. Morris shall also notify the Court of his new address once he is transferred. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Morris (#65819-054) at United States Penitentiary Victorville, P.O. Box 3900, Adelanto, CA 92301.

SO ORDERED.

Dated:    June 6, 2025
             New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge

Honorable Ronnie Abrams
U.S. District Court Judge
Southern District of New York

Date 5-27-25

Case No. 11-cr-912 (RA)

United States of America
            v.
Darren Morris

Dear Judge
 I have just recieved a copy of the governments response to my motion today. It's virtually impossible for me to respond by the deadline date of 5-30-2025. I was "never" served with a copy from the governments attorney Mr. Burkett, the only copy I have is from the court with it's order. I'm due to be transfered and I have no access to my property to include all records of this case. Thank you, please allow me an extension of time to reply.

Respectfully submitted
Darren Morris
Darren Morris #65819-054
USP Victorville
P.O. Box 3900
Adelanto, CA, 92301

Darren Morris 65384-054
United States Penitentiary
P.O. Box 3400
Adelanto, CA 92301

SAN BERNARDINO CA 923
29 MAY 2025 PM 7 L

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl St, NY, NY, 10007

10007-130858