UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DARREN MORRIS,

Defendant.

No. 11-CR-912 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On April 20, 2026, Defendant Darren Morris filed a *pro se* motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  *See* Dkt. 595.  No later than May 29, 2026, the Government shall file a response to Mr. Morris's motion.  The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Morris (#65819-054) at United States Penitentiary Canaan, P.O. Box 300, Waymart, PA 18472.

SO ORDERED.

Dated:        April 22, 2026
              New York, New York

Ronnie Abrams
United States District Judge